

JUDGE FRANKLIN D. BURGESS

06-CR-05215-ORD

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> CELSO ROSALES, <br> Defendant. | NO. CR06-5215FDB <br><br> ORDER FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL |

The Court having considered the Motion for Withdrawal and Substitution of Counsel and the accompanying Affidavit of Counsel.

NOW THEREFORE IT IS HEREBY ORDERED that the Federal Public Defender, and assistant Federal Public Defender Colin Fieman, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA panel.

Withdrawing counsel shall notify the CJA panel coordinator immediately of this order.

DONE this 4 day of November, 2008.

_____
JUDGE FRANKLIN D. BURGESS
U.S. DISTRICT COURT JUDGE

Presented by:

/s/ Colin Fieman
Colin Fieman
Attorney for Defendant

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, Washington 98402
(253) 593-6710