Judge Franklin D. Burgess

06-CR-05215-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR06-5215FDB |
| Plaintiff, | |
| v. | ORDER GRANTING MOTION TO DISMISS INDICTMENT |
| CELSO P. ROSALES, | |
| Defendant. | |

Upon the Stipulated Motion to Dismiss, without prejudice, the Indictment against Celso P. Rosales in the above-captioned action, brought by the United States, defense counsel, and the defendant himself pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the Indictment in CR06-5215FDB is dismissed without prejudice.

DONE this 13th day of April, 2009.

_____
HON. FRANKLIN D. BURGESS
United States District Judge

Presented by:

s/ David Reese Jennings
DAVID REESE JENNINGS
Assistant United States Attorney

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
(ROSALES/CR 06-5215FDB) - 1